# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| **HERITAGE HEALTHCARE OF** SAVANNAH, LLC, | ) ) ) | Case No. 2:09-CV-01168-MBS |
| Plaintiff, | ) ) | |
| v. | ) ) | **CONSENT FINAL ORDER** |
| WILLIAM REED, Surviving Spouse of Mae Frances Holmes Reed, and JOHNNY HOLMES, Personal Representative of the Estate of Mae Frances Holmes Reed, | ) ) ) ) ) | **AND JUDGMENT** |
| Defendants. | ) ) | |

The Court having considered the parties' Consent Motion for Final Order and Judgment, it is hereby ordered that the Motion is GRANTED. The Court finds as follows:

On June 18, 2009, the Court entered a Consent Judgment Compelling Arbitration [Doc. 15] upon the parties' Consent Motion to Submit to Arbitration [Doc. 13].

The parties have represented to the Court that they have completed the arbitration process (the "Arbitration"), and an award has been entered by the arbitrator duly selected by the parties (the "Award").

The parties have represented to the Court that the Award fully and finally resolves all disputes between or among the parties, including specifically the dispute that was the subject of the action pending in the State Court of Chatham County between the parties, styled as:  William Reed, et al v. Heritage Healthcare of Savannah, LLC et al., State Court of Chatham County, Georgia, Case No. STCV0802170 (the "State Court Action").

1

The parties have agreed that the Award shall not be modified, vacated, amended, or confirmed. Plaintiff has agreed not to enforce the Award, other than as a bar to any claim which was or could have been asserted by Defendants in the Arbitration or the State Court Action. Defendants have agreed that the Award is a complete bar to any claim which was or could have been asserted in the Arbitration or the State Court Action and have further agreed not to assert in any forum any claim which was or could have been asserted in the Arbitration or the State Court Action.

ACCORDINGLY, the Court hereby ORDERS that the Award shall not be modified, vacated, amended, or confirmed, provided, however, that the Award shall be a complete bar to any claim which was or could have been asserted in the Arbitration or the State Court Action. Plaintiff shall not enforce the Award, other than as a bar to any claim which was or could have been asserted by the Defendants in the Arbitration or the State Court Action. Defendants shall not assert in any forum any claim which was or could have been asserted in the Arbitration or the State Court Action.

IT IS SO ORDERED.

s/Margaret B. Seymour
United States District Court Judge

March 23, 2010
Columbia, South Carolina